**Order filed June 3, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00589-CV
_____

**1717 BISSONNET, L.L.C., Appellant**

**V.**

**PENELOPE LOUGHHEAD, ET AL, Appellee**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2013-26155**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Defendants Exhibit 16.**

The clerk of the 157th District Court is directed to deliver to the Clerk of this court the original of **Defendants Exhibit 16**, on or before June 10, 2016**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **Defendants Exhibit 16**, to the clerk of the 157th District Court.


PER CURIAM